1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW McGURK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONVATEC, INC., a privately held Delaware Company doing business in the State of California; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 17-2790-GW(GJSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1

## ORDER OF DISMISSAL

Upon receipt and review of the Parties' stipulation for dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above-entitled action and all claims by Plaintiff against Defendant are dismissed with prejudice.

DATED: May 2, 2018

GEORGE H. WU,
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**